## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONNATTHAN CANAS GIRALDO and JULIAN CANAS DIAZ,**<br>                    **Petitioners,**<br><br>                  v.<br><br>**J.L. JAMISON, BRIAN MCSHANE, MARKWAYNE MULLIN, TODD BLANCHE,**<br>                    **Respondents.** | **CIVIL ACTION**<br><br><br>**NO.  26-3516** |

## O R D E R

**AND NOW**, this 1st day of June, 2026, upon consideration of Jonnatthan Canas Giraldo and Julian Canas Diaz's Petition for Writ of Habeas Corpus (ECF No. 1 (the "Petition")), the Government's opposition thereto (ECF No. 4), for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. The Petition is **GRANTED.** The Government shall **RELEASE** Petitioners from custody immediately and file an entry on the docket certifying compliance with this Order **no later than 5:00 p.m. on June 2, 2026.**

2. Petitioners are not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Instead, Petitioners are subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

3. The Government is temporarily enjoined from re-detaining Petitioners until **June 9, 2026.**

4. If the Government decides to pursue re-detention of Petitioners after June 9, 2026, it must first provide them with a bond hearing by an Immigration Judge pursuant to 8 U.S.C. § 1226(a).

5. The Government may not remove, transfer, or otherwise facilitate the removal of Petitioners from the Commonwealth of Pennsylvania before the ordered bond hearing. If the Immigration Judge determines at the bond hearing that Petitioners are subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Petitioners if unforeseen or emergency circumstances so require.

6. Further, the Government is directed to respond to Petitioner's request for costs and reasonable attorneys' fees, as provided for by the Equal Access to Justice Act, as amended, 5 U.S.C. § 504 and 28 U.S.C. § 2412, on or before **June 8, 2026**. The Court will render its determination on the issue of attorneys' fees and costs after June 5, 2026.

**BY THE COURT:**

**/s/ Kelley B. Hodge**

**HODGE, KELLEY B., J.**

2