**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JONNATTHAN CANAS GIRALDO
and JULIAN CANAS DIAZ,

    *Petitioners,*

    v.

JAMISON, J.L., *et al.*,

    *Respondents.*

Civil Action No. 2:26-3516

**STIPULATION EXTENDING THE TIME FOR THE
GOVERNMENT TO RESPOND TO THE REQUEST FOR ATTORNEY FEES**

Petitioners Canas Giraldo and Canas Diaz and Respondents (together "the Government"), stipulate as follows:

1. On May 22, 2026, Petitioner filed a Petition for Writ of Habeas Corpus including a request for attorney fees under the Equal Access to Justice Act ("EAJA"). *See* ECF 1.

2. One June 1, 2026 the Court issued an Order to release petitioners immediately and respond to the request for EAJA fees by June 8, 2026.  *See* ECF 6.

3. Petitioners have not yet filed a motion for EAJA fees.

4. The parties stipulate that the Respondents' deadline to respond shall be extended to 30 days after Petitioners' motion for EAJA fees is filed.

5. Pursuant to Local Civil Rule 5.1.2, counsel for the parties consent to the submission of this stipulation with their electronic signatures below.

Dated: June 8, 2026

HENRY & GROGAN LLC

/s/ *Michael S. Henry*
Michael S. Henry
100 South Broad St. #1605
Philadelphia, PA 19110
215-568-1500
mshenry@henrygrogan.com

*Attorney for Petitioners*

So stipulated,

DAVID METCALF
United States Attorney

/s/ *Eric Wolfish*
ERIC WOLFISH
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
Eric.wolfish@usdoj.gov
215-861-8598

*Counsel for Respondents*

**SO ORDERED:**

/s/ Hon. Kelley B. Hodge
**KELLEY BRISBON HODGE, J.**
*Judge, United States District Court*

Date:    6/10/2026