**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JONNATTHAN CANAS GIRALDO and JULIAN CANAS DIAZ,**<br>**Petitioners,** | **CIVIL ACTION** |
| **v.** | **NO. 26-3516** |
| **J.L. JAMISON, BRIAN MCSHANE, MARKWAYNE MULLIN, TODD BLANCHE,**<br>**Respondents.** | |

**ORDER**

**AND NOW**, this 19th day of November, 2026, this Court, by Memorandum and Order dated June 1, 2026, having granted the Petition for Writ of *Habeas Corpus*, **IT IS ORDERED** that the Deputy Clerk shall **MARK** this case **CLOSED**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**